LOWELL C. BROWN (SBN 108253)
lowell.brown@arentfox.com
DIANE ROLDAN (SBN 288224)
diane.roldan@arentfox.com
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:   213.629.7401

Attorneys for Defendant SAINT AGNES
MEDICAL CENTER MEDICAL STAFF

DANIEL HOROWITZ (SBN 92400)
horowitz@physiciandefense.lawyer
**LAW OFFICE OF DANIEL HOROWITZ**
3650 Mt. Diablo Blvd., Ste. 225
Lafayette, CA 94549
Telephone: (925) 283-1863

Attorneys for Plaintiff
GAIL MALLARD-WARREN, M.D.

[Additional Counsel Listed on Next Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GAIL MALLARD-WARREN, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>SAINT AGNES MEDICAL CENTER, THE MEDICAL STAFF OF SAINT AGNES MEDICAL CENTER and TRINITY HEALTH INC., NANCY HOLLINGSWORTH, and DOES 1-100,<br><br>Defendants. | Case No. 1:21−CV−01530−JLT−SKO<br><br>**ORDER RE JOINT STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS AND TO ESTABLISH RELATED DEADLINES**<br><br>**(Doc. 10)**<br><br>**(E.D. L.R. 144(a))**<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>Courtroom: 4<br>Trial Date:  None Set<br>Date Action Filed:        10/15/21 |

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 1 -
ORDER RE JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE
RESPONSIVE PLEADINGS AND TO ESTABLISH RELATED DEADLINES

[Additional Counsel from Prior Page:]

CHARLES BOND (SBN 60611)
cb@physiciansadvocates.com
**PHYSICIANS' ADVOCATES**
2033 N. Main St., Ste. 340
Walnut Creek, Ca 94596
Telephone: (510) 841-7500
cb@physiciansadvocates.com

KARINA JOHNSON (SBN 243099)
kjohnsonlaw@outlook.com
**c/o PHYSICIANS ADVOCATES**
2033 N. Main St., Ste. 340
Walnut Creek, Ca 94596
Telephone: (510) 841-7500

Attorneys for Plaintiff
GAIL MALLARD-WARREN, M.D.

WILLIAM C. HAHESY (SBN 105743)
bill@hahesylaw.com
**LAW OFFICES OF WILLIAM C. HAHESY**
5260 N. Palm Avenue, Suite 400
Fresno, CA  93704
Telephone (559) 579-1230

Attorney for Defendants SAINT AGNES MEDICAL CENTER, TRINITY HEALTH CORPORATION, erroneously sued as TRINITY HEALTH INC., AND NANCY HOLLINGSWORTH

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -
ORDER RE JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE
RESPONSIVE PLEADINGS AND TO ESTABLISH RELATED DEADLINES

# ORDER

The Court having considered the parties' stipulation to extend time for Defendants to file responsive pleadings and to establish related deadlines, ("Stipulation") (Doc. 10) and for good cause shown, **HEREBY ORDERS AS FOLLOWS:**

1. Plaintiff shall file a First Amended Complaint ("FAC") on or before February 7, 2022.

2. Defendants shall file any responsive pleadings within 30 days after the FAC is filed.

3. The deadline for Defendants to file an anti-SLAPP motion, if any, to the FAC shall be 60 days from the date the FAC is filed.

4. The Initial Scheduling Conference, currently set for January 25, 2022, is **CONTINUED to April 7, 2022, at 10:15 AM,** before Magistrate Judge Sheila K. Oberto. The parties SHALL file their joint scheduling report 7 days prior to the conference.

IT IS SO ORDERED.

Dated:   **January 11, 2022**           /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

Arent Fox LLP
Attorneys at Law
San Francisco

- 3 -
ORDER RE JOINT STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADINGS AND TO ESTABLISH RELATED DEADLINES