LOWELL C. BROWN (SBN 108253)
lowell.brown@afslaw.com
DIANE ROLDÁN (SBN 288224)
diane.roldan@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Defendant
THE MEDICAL STAFF OF SAINT AGNES MEDICAL CENTER

DANIEL HOROWITZ (SBN 92400)
horowitz@physiciandefense.lawyer
**LAW OFFICE OF DANIEL HOROWITZ**
3650 Mt. Diablo Blvd., Ste. 225
Lafayette, CA 94549
Telephone: (925) 283-1863

Attorneys for Plaintiff
GAIL MALLARD-WARREN, M.D.

[Additional Counsel Listed on Next Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -FRESNO DIVISION

GAIL MALLARD-WARREN, M.D.,

Plaintiff,

v.

SAINT AGNES MEDICAL CENTER, THE MEDICAL STAFF OF SAINT AGNES MEDICAL CENTER and TRINITY HEALTH INC., NANCY HOLLINGSWORTH, and DOES 1-100,

Defendants.

Case No. 1:21−CV−01530−JLT−BAM

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME CONCERNING INITIAL DISCLOSURES, FILE RESPONSIVE PLEADINGS AND TO ESTABLISH RELATED DEADLINES**

Judge: Jennifer L. Thurston
Magistrate Judge: Barbara A. McAuliffe

Date Action Filed: October 15, 2021
Trial Date: None Set

[Additional Counsel from Prior Page:]

CHARLES BOND (SBN 60611)
cb@physiciansadvocates.com
**PHYSICIANS' ADVOCATES**
2033 N. Main St., Ste. 340
Walnut Creek, Ca 94596
Telephone: (510) 841-7500
cb@physiciansadvocates.com

KARINA JOHNSON (SBN 243099)
kjohnsonlaw@outlook.com
**c/o PHYSICIANS ADVOCATES**
2033 N. Main St., Ste. 340
Walnut Creek, Ca 94596
Telephone: (510) 841-7500

Attorneys for Plaintiff
GAIL MALLARD-WARREN, M.D.

WILLIAM C. HAHESY (SBN 105743)
bill@hahesylaw.com
**LAW OFFICES OF WILLIAM C. HAHESY**
5260 N. Palm Avenue, Suite 400
Fresno, CA  93704
Telephone (559) 579-1230

Attorney for Defendants SAINT AGNES MEDICAL CENTER, TRINITY HEALTH CORPORATION, erroneously sued as TRINITY HEALTH INC., AND NANCY HOLLINGSWORTH

**ORDER**

The Court having considered the parties' Joint Stipulation to Extend Time Concerning Initial Disclosures, File Responsive Pleadings and To Establish Related Deadlines and for good cause shown, **HEREBY ORDERS AS FOLLOWS:**

1. Plaintiff's deadline for filing his Opposition to the Motion to Dismiss, currently set as March 22, 2022, be extended to April 12, 2022.

2. Defendants' deadline for filing any Anti-SLAPP Motion, if any, currently set as April 8, 2022, be extended to April 29, 2022.

3. Defendants' deadline for filing Replies in support of the Motion to Dismiss currently set as April 1, 2022, be continued to April 25, 2022.

4. The Parties' deadline for filing Initial Disclosures currently set as April 15, 2022, be continued to May 6, 2022.

5. Pursuant to Judge Thurston's minute order, (Doc. 22), no hearing date will be calendared.

IT IS SO ORDERED.

Dated: **March 28, 2022**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE