1  DANIEL HOROWITZ (SBN 92400)
   **LAW OFFICE OF DANIEL HOROWITZ**
2  3650 Mt. Diablo Blvd., Ste. 225
   Lafayette, CA 94549
3  Telephone: (925) 283-1863

4  horowitz@physiciandefense.lawyer

5  Attorneys for Plaintiff
   GAIL MALLARD-WARREN, M.D.
6
   LOWELL C. BROWN (SBN 108253)
7  lowell.brown@afslaw.com
   DIANE ROLDÁN (SBN 288224)
8  diane.roldan@afslaw.com
   **ARENTFOX SCHIFF LLP**
9  555 West Fifth Street, 48th Floor
   Los Angeles, CA  90013
10 Telephone:    213.629.7400
   Facsimile:    213.629.7401
11
   Attorneys for Defendant
12 THE MEDICAL STAFF OF SAINT AGNES MEDICAL
   CENTER
13

14 [Additional Counsel Listed on Next Page]

15            UNITED STATES DISTRICT COURT

16      EASTERN DISTRICT OF CALIFORNIA -FRESNO DIVISION

17 GAIL MALLARD-WARREN, M.D.,          | Case No. 1:21−CV−01530−JLT−BAM

18            Plaintiff,               | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME CONCERNING INITIAL DISCLOSURES, FILE RESPONSIVE PLEADINGS AND TO ESTABLISH RELATED DEADLINES**

19       v.

20 SAINT AGNES MEDICAL CENTER, THE MEDICAL STAFF OF SAINT AGNES
21 MEDICAL CENTER and TRINITY HEALTH INC., NANCY HOLLINGSWORTH, and
22 DOES 1-100,                         | **(E.D.L.R. 144(a))**

23            Defendants.

24                                     | Judge:  Jennifer L. Thurston
                                       | Magistrate Judge: Barbara A. McAuliffe
25                                     | Date Action Filed: October 15, 2021
                                       | Trial Date: None Set
26

27

28

1  [Additional Counsel from Prior Page:]

2  CHARLES BOND (SBN 60611)

3  cb@physiciansadvocates.com
   **PHYSICIANS' ADVOCATES**

4  2033 N. Main St., Ste. 340
   Walnut Creek, Ca 94596

5  Telephone: (510) 841-7500
   cb@physiciansadvocates.com

6

7  KARINA JOHNSON (SBN 243099)
   kjohnsonlaw@outlook.com

8  **c/o PHYSICIANS ADVOCATES**
   2033 N. Main St., Ste. 340

9  Walnut Creek, Ca 94596
   Telephone: (510) 841-7500

10

11 Attorneys for Plaintiff
   GAIL MALLARD-WARREN, M.D.

12

   WILLIAM C. HAHESY (SBN 105743)
13 bill@hahesylaw.com
   **LAW OFFICES OF WILLIAM C. HAHESY**
14 5260 N. Palm Avenue, Suite 400
   Fresno, CA  93704
15 Telephone (559) 579-1230

16

   Attorney for Defendants SAINT AGNES MEDICAL CENTER, TRINITY HEALTH
17 CORPORATION, erroneously sued as TRINITY HEALTH INC., AND NANCY
   HOLLINGSWORTH
18

19

20

21

22

23

24

25

26

27

28

**THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff, GAIL MALLARD-WARREN, M.D., by and through her attorneys, and Defendants SAINT AGNES MEDICAL CENTER, THE MEDICAL STAFF OF SAINT AGNES MEDICAL CENTER, TRINITY HEALTH CORPORATION, and NANCY HOLLINGSWORTH, by and through their attorneys, hereby stipulate as follows:

<u>**RECITALS**</u>

1.      On October 15, 2021, Plaintiff filed the Complaint in this matter.

2.      On December 20, 2021, as corrected on December 22, 2021, the parties filed a Stipulation to Extend Time for Defendants to File Responsive Pleadings, in which the parties agreed to extend Plaintiff's time to file an amended complaint and Defendants' time to respond.

3.      On January 11, 2022, the Court granted the joint stipulation and extended the time for Plaintiff to file the First Amended Complaint ("FAC") to on or before February 7, 2022, the time for Defendants to file responsive pleadings from January 14, 2022 to within 30 days after the FAC was filed, and the time for Defendants to file an anti-SLAPP motion, if any, to 60 days after the FAC was filed.

4.      On January 19, 2022, the parties filed the Stipulation Between Parties Concerning Initial Disclosures, thereby stipulating that pursuant to Rule 26 of the Federal Rules of Civil Procedure the Initial Disclosures shall be provided on or before April 15, 2022.

5.      On February 7, 2022, Plaintiff filed his FAC.

6.      On March 8, 2022, Defendants Saint Agnes Medical Center, Trinity Health Corporation, and Nancy Hollingsworth (the "Hospital Defendants") filed their Motion to Dismiss Counts One, Two, Three, Four and Five of the FAC ("Motion to Dismiss").

7.      On March 9, 2022, Defendant the Medical Staff of Saint Agnes Medical Center joined in the Motion to Dismiss and filed its Notice of Joinder and Joinder to the Hospital Defendants' Motion to Dismiss ("Joinder Motion").

8.      On March 10, 2022, the Court issued a Minute Order stating that the Motion to Dismiss and Joinder Motion would be decided on the papers and no hearing would be calendared.

The Court further informed the parties that due to a significant backlog it "may still be many months until the motion in this matter is resolved."

9.    The parties are currently engaged in good faith attempts to explore a potential mediation.

10.    On March 22, 2022 the parties filed the Joint Stipulation to Extend Time Concerning Initial Disclosures, File Responsive Pleadings and to Establish Related Deadlines.

11.    On March 28, 2022 the Court granted the Joint Stipulation to Extend Time Concerning Initial Disclosures, File Responsive Pleadings and to Establish Related Deadlines.

12.    Accordingly, the parties have agreed, and request that the Court order, that the following deadlines be extended:

a.    Plaintiff's deadline for filing an Opposition to the Motion to Dismiss, currently set as April 12, 2022, be extended to May 12, 2022;

b.    Defendants' deadline for filing an Anti-SLAPP Motion, if any, currently set as April 29, 2022, be extended to May 31, 2022.

c.    Defendants' deadline for filing Replies in support of the Motion to Dismiss currently set as April 25, 2022, be continued to May 25, 2022.

d.    The Parties' deadline for filing Initial Disclosures currently set as May 6, 2022, be continued to June 6, 2022.

e.    Pursuant to Judge Thurston's minute order, (Doc.22), no hearing date will be calendared.

JOINT STIPULATION TO EXTEND TIME

1

## **STIPULATION**

2       IT IS HEREBY STIPULATED by the parties and their respective undersigned attorneys

3   that, subject to the Court's approval:

4           a.  Plaintiff's deadline for filing an Opposition to the Motion to Dismiss, currently

5               set as April 12, 2022, be extended to May 12, 2022.

6           b.  Defendants' deadline for filing an Anti-SLAPP Motion, if any, currently set as

7               April 29, 2022, be extended to May 31, 2022.

8           c.  Defendants' deadline for filing Replies in support of the Motion to Dismiss

9               currently set as April 25, 2022, be continued to May 25, 2022.

10          d.  The Parties' deadline for filing Initial Disclosures currently set as May 6, 2022,

11              be continued to June 6, 2022.

12          e.  Pursuant to Judge Thurston's minute order, (Doc.22), no hearing date will be

13              calendared.

14

15      THROUGH COUNSEL OF RECORD, IT IS SO STIPULATED.

16

17  Dated:  April 11, 2022          **LAW OFFICES OF DANIEL HOROWITZ**

18

19                             By:___/s/ Daniel Horowitz_____

20                             DANIEL HOROWITZ
                           Attorneys for Plaintiff

21  Dated:  April 11, 2022          **LAW OFFICES OF WILLIAM C. HAHESY**

22

23                             By:___/s/ William C. Hahesy**_____

24                             WILLIAM C. HAHESY
                           Attorney for Defendants Saint Agnes Medical

25                             Center, Trinity Health Corporation, and Nancy
                           Hollingsworth

26

27

28

Dated:  April 11, 2022                          **ARENTFOX SCHIFF LLP**

** As Authorized on April 11, 2022

By:   /s/ Diane Roldán**
DIANE ROLDÁN
Attorneys for Defendant the Medical Staff of
Saint Agnes Medical Center

## ORDER

The Court having considered the parties' Joint Stipulation To Extend Time Concerning Initial Disclosures, File Responsive Pleadings And To Establish Related Deadlines and for good cause shown, **HEREBY ORDERS AS FOLLOWS:**

      a.  Plaintiff's deadline for filing an Opposition to the Motion to Dismiss, currently set as April 12, 2022, be extended to May 12, 2022.

      b.  Defendants' deadline for filing an Anti-SLAPP Motion, if any, currently set as April 29, 2022, be extended to May 31, 2022.

      c.  Defendants' deadline for filing Replies in support of the Motion to Dismiss currently set as April 25, 2022, be continued to May 25, 2022.

      d.  The Parties' deadline for filing Initial Disclosures currently set as May 6, 2022, be continued to June 6, 2022.

      e.  Pursuant to Judge Thurston's minute order, (Doc.22), no hearing date will be calendared.

IT IS SO ORDERED.

Dated:   __April 12, 2022__           ___/s/ Barbara A. McAuliffe___
                                              UNITED STATES MAGISTRATE JUDGE