| | |
|---|---|
| 1 | LOWELL C. BROWN (SBN 108253) |
| | lowell.brown@afslaw.com |
| 2 | DIANE ROLDÁN (SBN 288224) |
| | diane.roldan@afslaw.com |
| 3 | **ARENTFOX SCHIFF LLP** |
| | 555 West Fifth Street, 48th Floor |
| 4 | Los Angeles, CA  90013 |
| | Telephone:    213.629.7400 |
| 5 | Facsimile:     213.629.7401 |
| 6 | Attorneys for Defendant |
| | THE MEDICAL STAFF OF SAINT AGNES MEDICAL |
| 7 | CENTER |
| 8 | DANIEL HOROWITZ (SBN 92400) |
| | horowitz@physiciandefense.lawyer |
| 9 | **LAW OFFICE OF DANIEL HOROWITZ** |
| | 3650 Mt. Diablo Blvd., Ste. 225 |
| 10 | Lafayette, CA 94549 |
| | Telephone: (925) 283-1863 |
| 11 | |
| 12 | Attorneys for Plaintiff |
| | GAIL MALLARD-WARREN, M.D. |
| 13 | [Additional Counsel Listed on Next Page] |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GAIL MALLARD-WARREN, M.D., | Case No. 1:21CV01530−JLT−BAM |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME CONCERNING INITIAL DISCLOSURES, FILE RESPONSIVE PLEADINGS AND TO ESTABLISH RELATED DEADLINES** |
| v. | |
| SAINT AGNES MEDICAL CENTER, THE MEDICAL STAFF OF SAINT AGNES MEDICAL CENTER and TRINITY HEALTH INC., NANCY HOLLINGSWORTH, and DOES 1-100, | **(E.D.L.R. 144(a))** |
| Defendants. | |
| | Judge:  Jennifer L. Thurston |
| | Magistrate Judge: Barbara A. McAuliffe |
| | Date Action Filed: October 15, 2021 |
| | Trial Date: None Set |

[Additional Counsel from Prior Page:]

CHARLES BOND (SBN 60611)
cb@physiciansadvocates.com
**PHYSICIANS' ADVOCATES**
2033 N. Main St., Ste. 340
Walnut Creek, Ca 94596
Telephone: (510) 841-7500
cb@physiciansadvocates.com

KARINA JOHNSON (SBN 243099)
kjohnsonlaw@outlook.com
**c/o PHYSICIANS ADVOCATES**
2033 N. Main St., Ste. 340
Walnut Creek, Ca 94596
Telephone: (510) 841-7500

Attorneys for Plaintiff
GAIL MALLARD-WARREN, M.D.

WILLIAM C. HAHESY (SBN 105743)
bill@hahesylaw.com
**LAW OFFICES OF WILLIAM C. HAHESY**
5260 N. Palm Avenue, Suite 400
Fresno, CA  93704
Telephone (559) 579-1230

Attorney for Defendants SAINT AGNES MEDICAL CENTER, TRINITY HEALTH CORPORATION, erroneously sued as TRINITY HEALTH INC., AND NANCY HOLLINGSWORTH

1   **THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF**
2   **RECORD:**

3   **PLEASE TAKE NOTICE** that Plaintiff, GAIL MALLARD-WARREN, M.D.
4   ("Plaintiff"), by and through her attorneys, and Defendants SAINT AGNES MEDICAL
5   CENTER, THE MEDICAL STAFF OF SAINT AGNES MEDICAL CENTER, TRINITY
6   HEALTH CORPORATION, and NANCY HOLLINGSWORTH, by and through their attorneys,
7   (collectively, "the Parties") hereby stipulate as follows:

## RECITALS

9   1.   On October 15, 2021, Plaintiff filed the Complaint in this matter.

10  2.   On December 20, 2021, as corrected on December 22, 2021, the parties filed a
11  Stipulation to Extend Time for Defendants to File Responsive Pleadings, in which the parties
12  agreed to extend Plaintiff's time to file an amended complaint and Defendants' time to respond.

13  3.   On January 11, 2022, the Court granted the joint stipulation and extended (i) the
14  time for Plaintiff to file the First Amended Complaint ("FAC") to on or before February 7, 2022,
15  (ii) the time for Defendants to file responsive pleadings from January 14, 2022 to within 30 days
16  after the FAC was filed, and (iii) the time for Defendants to file an anti-SLAPP motion, if any, to
17  60 days after the FAC was filed.

18  4.   On January 19, 2022, the parties filed the Stipulation Between Parties Concerning
19  Initial Disclosures, thereby stipulating that pursuant to Rule 26 of the Federal Rules of Civil
20  Procedure the Initial Disclosures shall be provided on or before April 15, 2022.

21  5.   On February 7, 2022, Plaintiff filed his FAC.

22  6.   On March 8, 2022, Defendants Saint Agnes Medical Center, Trinity Health
23  Corporation, and Nancy Hollingsworth (the "Hospital Defendants") filed their Motion to Dismiss
24  Counts One, Two, Three, Four and Five of the FAC ("Motion to Dismiss").

25  7.   On March 9, 2022, Defendant the Medical Staff of Saint Agnes Medical Center
26  joined in the Motion to Dismiss and filed its Notice of Joinder and Joinder to the Hospital
27  Defendants' Motion to Dismiss ("Joinder Motion").

28  8.   On March 10, 2022, the Court issued a Minute Order stating that the Motion to

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
LOS ANGELES

Dismiss and Joinder Motion would be decided on the papers and no hearing would be calendared. The Court further informed the parties that due to a significant backlog it "may still be many months until the motion in this matter is resolved."

9. On March 22, 2022, the parties filed the Joint Stipulation to Extend Time Concerning Initial Disclosures, File Responsive Pleadings and to Establish Related Deadlines.

10. On April 12, 2022, the Court issued an order granting the Joint Stipulation and set (1) the deadline for Plaintiff to file an Opposition to the Motion to Dismiss as May 12, 2022, (2) the deadline for Defendants to file an anti-SLAPP motion, if any, as May 31, 2022; (3) the deadline for Defendants to file Replies in support of the Motion to Dismiss as May 25, 2022; and (4) the Parties' deadline for filing Initial Disclosures as June 6, 2022.

11. The Parties are currently engaged in good faith attempts to explore a potential mediation. Since their last stipulation, the Parties have identified mutually-agreeable mediators and are cooperating on resolving other parameters for the mediation.

12. Further, Plaintiff's counsel will be out of the country from May 27, 2022, to July 3, 2022.

13. Accordingly, the parties have agreed, and request that the Court order, that the following deadlines be extended:

    a. Defendants' deadline for filing an anti-SLAPP Motion, if any, currently set as May 31, 2022, be extended to July 8, 2022.

    b. Defendants' deadline for filing Replies in support of the Motion to Dismiss, currently set as May 25, 2022, be extended to July 8, 2022.

    c. The Parties' deadline for filing Initial Disclosures, currently set as June 6, 2022, be extended to July 15, 2022.

    d. Pursuant to Judge Thurston's minute order (Doc. 22), no hearing date will be calendared.

## STIPULATION

IT IS HEREBY STIPULATED by the parties and their respective undersigned attorneys that, subject to the Court's approval, the following deadlines be extended as set forth herein:

    a. Defendants' deadline for filing an anti-SLAPP Motion, if any, currently set as May 31, 2022, be extended to July 8, 2022.

    b. Defendants' deadline for filing Replies in support of the Motion to Dismiss, currently set as May 25, 2022, be extended to July 8, 2022.

    c. The Parties' deadline for filing Initial Disclosures, currently set as June 6, 2022, be extended to July 15, 2022.

    d. Pursuant to Judge Thurston's minute order (Doc. 22), no hearing date will be calendared.

THROUGH COUNSEL OF RECORD, IT IS SO STIPULATED.

Dated: May 13, 2022                    **LAW OFFICES OF DANIEL HOROWITZ**

By: /s/DANIEL HOROWITZ*
DANIEL HOROWITZ
Attorneys for Plaintiff

Dated: May 13, 2022                    **LAW OFFICES OF WILLIAM C. HAHESY**

By: /s/WILLIAM C. HAHESY*
WILLIAM C. HAHESY
Attorney for Defendants Saint Agnes Medical Center, Trinity Health Corporation, and Nancy Hollingsworth

Dated: May 13, 2022                    **ARENTFOX SCHIFF LLP**

By: /s/ DIANE ROLDÁN
DIANE ROLDÁN
Attorneys for Defendant the Medical Staff of Saint Agnes Medical Center

* As authorized May 13, 2022.

# [~~PROPOSED~~] ORDER

The Court having considered the parties' Joint Stipulation To Extend Time Concerning Initial Disclosures, File Responsive Pleadings And To Establish Related Deadlines and for good cause shown, **HEREBY ORDERS AS FOLLOWS:**

a. Defendants' deadline for filing an Anti-SLAPP Motion, if any, currently set as May 31, 2022, be extended to on or before July 8, 2022.

b. Defendants' deadline for filing Replies in support of the Motion to Dismiss, currently set as May 25, 2022, be extended to on or before July 25, 2022.

c. The Parties' deadline for filing Initial Disclosures, currently set as June 6, 2022, be extended to July 15, 2022.

d. Pursuant to Judge Thurston's minute order (Doc. 22), no hearing date will be calendared.

IT IS SO ORDERED.

Dated:   **May 13, 2022**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE