LOWELL C. BROWN (SBN 108253)
lowell.brown@afslaw.com
DEBRA J. ALBIN-RILEY (SBN 112602)
debra.riley@afslaw.com
**ARENTFOX SCHIFF LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013
Telephone:     213.629.7400
Facsimile:     213.629.7401
Attorneys for Defendant
THE MEDICAL STAFF OF SAINT AGNES MEDICAL
CENTER

DANIEL HOROWITZ (SBN: 92400)
horowitz@physiciandefense.lawyer
**LAW OFFICE OF DANIEL HOROWITZ**
3650 Mt. Diablo Blvd., Ste. 225
Lafayette, CA 94549
Telephone: (925) 283-1863

Attorneys for Plaintiff
GAIL MALLARD-WARREN, M.D.

[Additional Counsel Listed on Next Page]

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| GAIL MALLARD-WARREN, M.D.,<br><br>            Plaintiff,<br><br>      v.<br><br>SAINT AGNES MEDICAL CENTER, THE MEDICAL STAFF OF SAINT AGNES MEDICAL CENTER and TRINITY HEALTH INC., NANCY HOLLINGSWORTH, and DOES 1-100,<br><br>            Defendants. | Case No. 1:21-cv-01530-JLT-BAM<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME CONCERNING INITIAL DISCLOSURES, FILE RESPONSIVE PLEADINGS AND TO ESTABLISH RELATED DEADLINES IN ORDER TO PERMIT PARTIES TO PARTICIPATE IN MEDIATION**<br><br>**(E.D.L.R. 144(a))**<br><br>Judge:  Jennifer L. Thurston<br>Magistrate Judge:  Barbara A. McAuliffe<br><br>Date Action Filed: October 15, 2021<br>Trial Date: None Set |

1    [Additional Counsel from Prior Page:]

2    CHARLES BOND (SBN: 60611)
cb@physiciansadvocates.com

3    **PHYSICIANS' ADVOCATES**
2033 N. Main St., Ste. 340

4    Walnut Creek, Ca 94596
Telephone: (510) 841-7500

5    cb@physiciansadvocates.com

6    KARINA JOHNSON (SBN: 243099)
kjohnsonlaw@outlook.com

7    **c/o PHYSICIANS ADVOCATES**
2033 N. Main St., Ste. 340

8    Walnut Creek, Ca 94596
Telephone: (510) 841-7500

9

   Attorneys for Plaintiff

10    GAIL MALLARD-WARREN, M.D.

11    WILLIAM C. HAHESY (SBN: 105743)
**LAW OFFICES OF WILLIAM C. HAHESY**

12    5260 N. Palm Avenue, Suite 400
Fresno, CA  93704

13    Telephone (559) 579-1230
Email: bill@hahesylaw.com

14

   Attorney for Defendants SAINT AGNES MEDICAL CENTER, TRINITY HEALTH

15    CORPORATION, erroneously sued as TRINITY HEALTH INC., AND NANCY
HOLLINGSWORTH

16

17

18

19

20

21

22

23

24

25

26

27

28

1   THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF

2   RECORD:

3       PLEASE TAKE NOTICE that Plaintiff, GAIL MALLARD-WARREN, M.D.

4   ("Plaintiff"), by and through her attorneys, and Defendants SAINT AGNES MEDICAL

5   CENTER, THE MEDICAL STAFF OF SAINT AGNES MEDICAL CENTER, TRINITY

6   HEALTH CORPORATION, and NANCY HOLLINGSWORTH, by and through their attorneys,

7   (collectively, "the Parties") hereby stipulate as follows:

8                                   **RECITALS**

9       1.      On October 15, 2021, Plaintiff filed the Complaint in this matter.

10      2.      On December 20, 2021, as corrected on December 22, 2021, the parties filed a

11  Stipulation to Extend Time for Defendants to File Responsive Pleadings, in which the parties

12  agreed to extend Plaintiff's time to file an amended complaint and Defendants' time to respond.

13      3.      On January 11, 2022, the Court granted the joint stipulation and extended (i) the

14  time for Plaintiff to file the First Amended Complaint ("FAC") to on or before February 7, 2022,

15  (ii) the time for Defendants to file responsive pleadings from January 14, 2022 to within 30 days

16  after the FAC was filed, and (iii) the time for Defendants to file an anti-SLAPP motion, if any, to

17  60 days after the FAC was filed.

18      4.      On January 19, 2022, the parties filed the Stipulation Between Parties Concerning

19  Initial Disclosures, thereby stipulating that pursuant to Rule 26 of the Federal Rules of Civil

20  Procedure the Initial Disclosures shall be provided on or before April 15, 2022.

21      5.      On February 7, 2022, Plaintiff filed his FAC.

22      6.      On March 8, 2022, Defendants Saint Agnes Medical Center, Trinity Health

23  Corporation, and Nancy Hollingsworth (the "Hospital Defendants") filed their Motion to Dismiss

24  Counts One, Two, Three, Four and Five of the FAC ("Motion to Dismiss").

25      7.      On March 9, 2022, Defendant the Medical Staff of Saint Agnes Medical Center

26  joined in the Motion to Dismiss and filed its Notice of Joinder and Joinder to the Hospital

27  Defendants' Motion to Dismiss ("Joinder Motion").

28  ///

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO EXTEND TIME

1    8.    On March 10, 2022, the Court issued a Minute Order stating that the Motion to

2 Dismiss and Joinder Motion would be decided on the papers and no hearing would be calendared.

3 The Court further informed the parties that due to a significant backlog it "may still be many

4 months until the motion in this matter is resolved."

5    9.    On March 22, 2022, the parties filed the Joint Stipulation to Extend Time

6 Concerning Initial Disclosures, File Responsive Pleadings and to Establish Related Deadlines.

7    10.    On April 12, 2022, the Court issued an order granting the Joint Stipulation and set

8 (1) the deadline for Plaintiff to file an Opposition to the Motion to Dismiss as May 12, 2022,

9 (2) the deadline for Defendants to file an anti-SLAPP motion, if any, as May 31, 2022; (3) the

10 deadline for Defendants to file Replies in support of the Motion to Dismiss as May 25, 2022; and

11 (4) the Parties' deadline for serving Initial Disclosures as June 6, 2022.

12    11.    On May 13, 2022, the parties filed a further Joint Stipulation to Extend Time

13 Concerning Initial Disclosures, File Responsive Pleadings and to Establish Related Deadlines.

14    12.    On May 13, 2022, the Court issued an order granting the Joint Stipulation and set

15 (1) ) the deadline for Defendants to file an anti-SLAPP motion, if any, as July 8, 2022; (2) the

16 deadline for Defendants to file Replies in support of the Motion to Dismiss as July 25, 2022; and

17 (3) the Parties' deadline for serving Initial Disclosures as July 15, 2022.

18    13.    On June 30, 2022, the parties submitted a further Joint Stipulation and [Proposed]

19 Order to extend time concerning initial disclosures, file responsive pleadings and establish related

20 deadlines.  This stipulation stated that one of the principal attorneys at ArentFox Schiff responsible

21 for representing the Medical Staff of Saint Agnes Medical Center had recently left the firm and

22 that additional time was needed for other ArentFox Schiff to become familiar with the matter,  and

23 that the parties were engaged in good faith efforts to explore a potential mediation.

24    14.    Pursuant to that stipulation, the Court entered an Order on July 5, 2022, setting the

25 following dates:

26    a.    Defendants' deadline for filing an anti-SLAPP Motion, if any, was extended

27    to July 25, 2022;

28 ///

1         b.     Defendants' deadline for filing Replies in support of the Motion to Dismiss

2    remained as July 25, 2022; and

3         c.     The Parties' deadline for filing Initial Disclosures was extended to August

4    15, 2022.

5        15.    Upon return of Plaintiff's counsel from vacation on July 3, 2022, the parties

6    continued the mediation discussions.  The parties have agreed to participate in a mediation, as well

7    as identifying a mutually agreeable mediator or mediators.  The parties are working on scheduling

8    of the mediation, but believe that due to the mediators' schedules such mediation may not occur

9    until September or October, 2022.  The parties believe that judicial economy and convenience for

10   the parties and the Court will be served by permitting the parties to devote their time and resources

11   to mediation and postpone other matters.  The parties request these extended times to allow the

12   mediation to be completed and, if settlement is achieved, to be finalized.

13       16.    Pursuant to the stipulation and consistent with efforts to preserve the resources of

14   the parties and the Court, the parties respectfully request that the Court further extend those

15   deadlines as follows:

16        a.     Defendants' deadline for filing an anti-SLAPP Motion, if any, shall be

17   extended from July 25, 2022 to October 28, 2022.

18        b.     Defendants' deadline for filing Replies in support of the Motion to Dismiss

19   shall be extended from July 25, 2022 to October 28, 2022.

20        c.     The Parties' deadline for filing Initial Disclosures shall be extended from

21   August 15, 2022 to November 15, 2022.

22        d.     Pursuant to Judge Thurston's minute order (Doc. 22), no hearing date will

23   be calendared.

24   ///

25   ///

26   ///

27   ///

28   ///

1

**STIPULATION**

2      IT IS HEREBY STIPULATED by the parties and their respective undersigned attorneys

3  that, subject to the Court's approval, the following deadlines be extended as set forth herein:

4          a.      Defendants' deadline for filing an anti-SLAPP Motion, if any, currently set

5              as July 25, 2022, shall be extended to October 28, 2022.

6          b.      Defendants' deadline for filing Replies in support of the Motion to Dismiss

7              currently set as July 25, 2022, shall be extended to October 28, 2022.

8          c.      The parties' deadline for filing Initial Disclosures currently set as August

9              15, 2022, shall be extended to November 15, 2022.

10          d.      Pursuant to Judge Thurston's minute order (Doc. 22), no hearing date will

11              be calendared.

12

13  Dated:  July 14, 2022                **LAW OFFICES OF DANIEL HOROWITZ**

14

15                                By:  /s/DANIEL HOROWITZ**
                                       DANIEL HOROWITZ
16                                     Attorneys for Plaintiff

17  Dated:  July 14, 2022                **LAW OFFICES OF WILLIAM C. HAHESY**

18

19

20                                By:  /s/WILLIAM C. HAHESY**
                                       WILLIAM C. HAHESY
21                                     Attorney for Defendants Saint Agnes Medical
                                       Center, Trinity Health Corporation, and Nancy
22                                     Hollingsworth

23  Dated:  July 14, 2022                **ARENTFOX SCHIFF LLP**

24

25                                By:/s/ DEBRA J. ALBIN-RILEY
                                       DEBRA J. ALBIN-RILEY
26                                     Attorneys for Defendant The Medical Staff
                                       of Saint Agnes Medical Center

27

28  ** As authorized July 14, 2022.

1

**<u>ORDER</u>**

2      The Court having considered the parties' Joint Stipulation to Extend Time Concerning

3  Initial Disclosures, File Responsive Pleadings and to Establish Related Deadlines in Order to

4  Permit Parties to Participate in Mediation and for good cause shown, **HEREBY ORDERS AS**

5  **FOLLOWS**:

6      a.      Defendants' deadline for filing an anti-SLAPP Motion, if any, currently set

7      as July 25, 2022, shall be extended to October 28, 2022.

8      b.      Defendants' deadline for filing Replies in support of the Motion to Dismiss

9      currently set as July 25, 2022, shall be extended to October 28, 2022.

10      c.      The parties' deadline for serving Initial Disclosures currently set as August

11      15, 2022, shall be extended to November 15, 2022.

12      d.      Pursuant to Judge Thurston's minute order (Doc. 22), no hearing date will

13      be calendared.

14

15  IT IS SO ORDERED.

16  Dated:   **July 15, 2022**          /s/ *Barbara A. McAuliffe*

17                    UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28