1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9 | GAIL MALLARD-WARREN, M.D.,  | Case No.  1:21-cv-01530-JLT-BAM

10 | Plaintiff, | **ORDER GRANTING REQUEST TO ALLOW PHYSICIANS' ADVOCATES, CHARLES BOND, AND KARINA JOHNSON TO WITHDRAW AS COUNSEL FOR PLAINTIFF GAIL MALLARD-WARREN, M.D.**

11 | v. |

12 | SAINT AGENS MEDICAL CENTER, et al., |

13 |

14 | Defendants. | (Doc. 39)

15     Currently before the Court is the request of Physicians' Advocates, Charles Bond, and

16 Karina Johnson to withdraw as counsel for Plaintiff Gail Mallard-Warren, M.D. in this matter.

17 (Doc. 39.)  Although styled as a request to withdraw, and signed by Plaintiff and Plaintiff's

18 counsel of record, the document is effectively a notice of withdrawal.  A motion to withdraw is

19 not required as Plaintiff will continue to be represented by other counsel of record in this matter.

20 *See* Local Rule 182(d).  Daniel Horowitz remains as counsel for Plaintiff.

21     Accordingly, for good cause appearing, IT IS HEREBY ORDERED that Physicians'

22 Advocates, Charles Bond, and Karina Johnson are withdrawn as counsel of record for Plaintiff in

23 this case.  The Clerk of the Court is directed to terminate Physicians' Advocates, Charles Bond,

24 and Karina Johnson as counsel for Plaintiff in the above-captioned matter.

IT IS SO ORDERED.

25
26    Dated:  __July 29, 2022__         /s/ *Barbara A. McAuliffe*

27                                 UNITED STATES MAGISTRATE JUDGE

28

1